1  David Israel,Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.  RECEIVED        **FILED**
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227              MAR 2 5 2008      MAR 2 5 2008
3  Telephone:  504-828-3700
   Facsimile:   504-828-3737                                   **RICHARD W. WIEKING**
4                                              RICHARD W. WIEKING   CLERK U.S. DISTRICT COURT,
                                               CLERK, U.S. DISTRICT COURT   NORTHERN DISTRICT OF CALIFORNIA
                                               NORTHERN...
5              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                      (SAN FRANCISCO)

7  REFUGIO PINEDO HUIZAR,                )
8                                        )  CASE NO. C 08-00256 SI
                          Plaintiff,     )
9  v.                                    )  **APPLICATION**
                                         )  **FOR ADMISSION OF ATTORNEY**
10 NCO FINANCIAL SYSTEMS, INC            )  **PRO HAC VICE**
                                         )
11                                       )
                          Defendant.     )
12 _____)

13
         Pursuant to Civil L.R. 11-3, David Israel, an active member in good standing of the bar of
14
   Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro*
15
   *hac* basis representing defendant, NCO Financial Systems, Inc., in the above-entitled action.
16
         In support of this application, I certify on oath that:
17
18       1.     I am an active member in good standing of a United States Court or of the highest
19              court of another State or the District of Columbia, as indicated above;
20       2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local
21              Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to
22              become familiar with the Local Rules and the Alternative Dispute Resolution
23              programs of this Court; and,
24
25       3.     An attorney who is a member of the bar of this Court in good standing and who
26              matains an office within the State of California has been designated as co-counsel
27
28

                                       - 1 -

1    in the above-entitled action. The name, address and telephone number of that

2    attorney is:

3    Debbie P. Kirkpatrick, Esq.
     Sessions, Fishman , Nathan & Israel, L.L.P.
4    3667 Voltaire Street
5    San Diego, CA 92106
     Tele: 619-758-1891
6

7    I declare under penalty of perjury that the foregoing is true and correct.

8    Dated: March 17, 2008.

9    David Israel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

## DAVID ISRAEL, ESQ., #7174

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 9th Day of October, 1981 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the  seal of this Court,

at the City of New Orleans, this the 17th

Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

RECEIVED

MAR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  David Israel,Esq.
Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
Facsimile:  504-828-3737
4

5          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6          SAN FRANCISCO/OAKLAND DIVISION

7

8  REFUGIO PINEDO HUIZAR,                )
                                        )  CASE NO. C 08 00256 SI
9                          Plaintiff,    )
                                        )  **ORDER GRANTING APPLICATION**
10  v.                                   )  **FOR ADMISSION OF ATTORNEY**
                                        )  **PRO HAC VICE**
11  NCO FINANCIAL SYSTEMS, INC           )
                                        )
12                         Defendant.    )
                                        )
13                                       )

14

15          David Israel, an active member in good standing of the bar of Louisiana, whose business

16  address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850

17  N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700,

18  having applied in the above-entitled action for admission to practice in the Northern District of

19  California on a *pro hac vice* basis, representing defendant, NCO Financial Systems, Inc. ,

20          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

22  *vice*.  Service of papers upon and communication with co-counsel designated in the application

23  will constitute notice to the party.  All future filings in this action are subject to the requirements

24  contained in General Order No. 45, *Electronic Case Filing*.

25

26  Dated: _____        _____

27                                  United States District Judge

28

- 1 -

CASE NAME:  HUIZAR, REFUGIO PINEDO v. NCO FINANCIAL SYSTEMS, INC.
CASE NO:  C08 00256 SI

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106.  On this date I served the within:

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

( XX )  BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California.  Said envelope(s) was/were addressed as listed hereafter:

( )    BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed.  Attached hereto is the Confirmation Report confirming the status of the transmission.

( )    BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 24, 2008

_____
Ann M. Coito

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611817398
Cashier ID: nudot
Transaction Date: 03/25/2008
Payer Name: Sessions Fishman Nathan and
------------------------------------
PRO HAC VICE
 For: David Israel
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1004
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-0256-SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```