| | |
|---|---|
| 1  David Israel, Esq.<br>   Sessions, Fishman, Nathan & Israel, L.L.P.<br>2  3850 N. Causeway Blvd., Suite 200<br>   Metairie, Louisiana 70002-7227<br>3  Telephone: 504-828-3700<br>   Facsimile: 504-828-3737 | **RECEIVED**<br>MAR 2 5 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

REFUGIO PINEDO HUIZAR, )
                        ) CASE NO. C 08 00256 SI
         Plaintiff,     )
                        ) **ORDER GRANTING APPLICATION**
v.                      ) **FOR ADMISSION OF ATTORNEY**
                        ) **PRO HAC VICE**
NCO FINANCIAL SYSTEMS, INC )
                        )
         Defendant.     )
                        )
                        )

David Israel, an active member in good standing of the bar of Louisiana, whose business address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, NCO Financial Systems, Inc. ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____       _____
                              /s/ Susan Illston
                              United States District Judge

- 1 -

CASE NAME: HUIZAR, REFUGIO PINEDO v. NCO FINANCIAL SYSTEMS, INC.
CASE NO: C08 00256 SI

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

( XX )  BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )  BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

(  )  BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 24, 2008

_____
Ann M. Coito