Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
REFUGIO PINEDO HUIZAR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| REFUGIO PINEDO HUIZAR,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendant. | Case No. C08-00256-SI<br><br>**COUNSEL FOR PLAINTIFF REFUGIO PINEDO HUIZAR REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:         April 25, 2007<br>Time:        2:00 p.m.<br>Judge:       Honorable Susan Illston<br>Courtroom: 10, 19th Floor<br>Place:        450 Golden Gate Avenue,<br>                  San Francisco, CA 94102 |

Fred W. Schwinn, counsel for Plaintiff, REFUGIO PINEDO HUIZAR, requests permission to appear by telephone at the Case Management Conference in the above-entitled action. Mr. Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter. Telephonic participation in the Case Management Conference would significantly reduce the expenditure of time and resources involved in travel to and from San Francisco.

                                                              CONSUMER LAW CENTER, INC.


Dated: April 16, 2008                         By: /s/ Fred W. Schwinn
                                                              Fred W. Schwinn, Esq.
                                                              Attorney for Plaintiff
                                                              REFUGIO PINEDO HUIZAR

---

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                              Case No. C08-00256-SI

1   The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned
2   Case management Conference telephonically.
3       IT IS SO ORDERED.

5   Date: _____     _____
                                    Judge Susan Illston

---

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                    Case No.  C08-00256-SI