1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   REFUGIO PINEDO HUIZAR

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| REFUGIO PINEDO HUIZAR,<br><br>                    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>                    Defendant. | Case No.  C08-00256-SI<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:         April 25, 2007<br>Time:        2:00 p.m.<br>Judge:      Honorable Susan Illston<br>Courtroom: 10, 19th Floor<br>Place:       450 Golden Gate Avenue,<br>                 San Francisco, California |

Plaintiff hereby notifies the Court that the parties have reached a settlement in this case. Plaintiff respectfully requests that the Case Management Conference to be conducted in this matter on April 25, 2008, at 2:00 p.m., be vacated.  Plaintiff anticipates that the parties will file a Stipulation for Dismissal of the case no later than May 30, 2008.

Dated:  April 21, 2008                         /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            REFUGIO PINEDO HUIZAR

NOTICE OF SETTLEMENT                                                                       Case No. C08-00256-SI